

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

**Plaintiff**
AVENTISUB LLC, ET AL

vs

**Defendant**
CONSENSUS HOLDINGS LLC

DOCKET NO. 2:24-CV-00257

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: CONSENSUS HOLDINGS LLC
C/O NOAH BENDER
Address:
4-01 ALYSON STREET
FAIR LAWN NJ 07410

Cost of Service pursuant to R4:4-30

$ _____

Attorney:
K&L GATES LLP
ONE NEWARK CENTER 10TH FLOOR
NEWARK NJ 07102

Papers Served:
SUMMONS & COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CORPORATE DISCLOSURE STATEMENT

**Service Data:**

Served Successfully __X__   Not Served ____   Date: 1/23/24   Time: 10:38 AM   Attempts: 1

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Noah Bender
Managing Member

**Description of Person Accepting Service:**
Age: 40   Height: 5'9   Weight: 175   Hair: Black   Sex: M   Race: Cauc

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____   Date _____   Time _____
                                 Date _____   Time _____
                                 Date _____   Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this 26 day of Jan 2024

_Melissa Giambattista_
Notary Signature

MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024

I, JOSEPH MENENDEZ, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   Date 1/26/24

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  689474
File No.  0528528.00005

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**AVENTISUB LLC, ET AL.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**CONSENSUS HOLDINGS LLC,**
*Defendant*

CASE NUMBER: **2:24-CV-00257-CCC-JSA**

TO: *(Name and address of Defendant):*

**Consensus Holdings LLC**
**c/o Noah Bender**
**4-01 Alyson Street**
**Fair Lawn, NJ 07410**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin I. Rubinstein
K&L Gates LLP
One Newark Center, 10th Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**
_____



ISSUED ON 2024-01-22 11:11:13, Clerk
USDC NJD