**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTISUB LLC, CHATTEM, INC., and SANOFI-AVENTIS US LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CONSENSUS HOLDINGS LLC<br><br>Defendant. | Civil Action No: 2:24-cv-00257-CCC-JSA<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**ORDER ADMITTING**<br>**MORGAN T. NICKERSON, ESQ.**<br>*PRO HAC VICE* |

**THIS MATTER**, having been brought before the Court by Plaintiffs Aventisub LLC, Chattem, Inc., and Sanofi-Aventis US LLC ("Plaintiffs"), by and through its attorneys, K&L Gates LLP (Benjamin I. Rubinstein), for an Order admitting Morgan T. Nickerson *pro hac vice*, and the Court having considered the declaration of Benjamin I. Rubinstein and the declaration of Morgan T. Nickerson in support thereof, and for good cause shown;

**IT IS** on this  13th  day of      February      2024,

**ORDERED** that Morgan T. Nickerson, is hereby admitted to appear *pro hac vice* pursuant to L. Civ. R. 101.1 as counsel for Plaintiffs in this action;

**IT IS FURTHER ORDERED** that Benjamin I. Rubinstein of K&L Gates LLP shall serve as counsel of record upon whom all notices, Orders and pleadings may be served;

**IT IS FURTHER ORDERED** that in accordance with L. Civ. R. 101.1, Morgan T. Nickerson shall be deemed to have consented to abide by the United States District Court Rules

2

and to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in the preparation of, these proceedings;

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with this Court shall be signed by a member in good standing of the United States District Court for the District of New Jersey and Bar of New Jersey as a representative of the firm of K&L Gates LLP;

**IT IS FURTHER ORDERED** that in accordance with L. Civ. R. 101.1, Morgan T. Nickerson shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and he shall make such payment for each year that he continues to represent Plaintiffs in the matter pending before this Court.

s/ Jessica S. Allen
Jessica S. Allen, U.S.M.J.